IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MELVIN ABEL,

                    Plaintiff,                              ORDER

       v.                                   16-cv-313-bbc

MARLENE TUMA,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on June 16, 2016, I dismissed plaintiff Melvin Abel's complaint without prejudice to his refiling the complaint as a petition for a writ of mandamus against the acting Social Security Commissioner.  I gave plaintiff until June 30, 2016, in which to submit the petition as set forth in the June 16 order.  In addition, I warned plaintiff that if he failed to respond to the court's order I would direct the clerk of court to close this case.  It is now past the June 30 deadline and plaintiff has not responded to the court's order.

Accordingly, IT IS ORDERED that plaintiff Melvin Abel's case is dismissed.  The clerk of court is directed to enter judgment and close this case.

Entered this 14th day of July, 2016.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

1