IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MELVIN RAY ABEL,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

16-cv-313-bbc

v.

MARLENE TUMA,

      Defendant.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 7/14/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |